# EXHIBIT A

## the Optical Shop at meijer

### Limited Time!
### $89.98
**Complete pair of eyeglasses**
Includes:
• Scratch-resistant plastic lenses and any frame up to $120

**PLUS FREE NO-LINE BIFOCALS**

*Like our Brands. Love our Prices!*

The Optical Shop #22036
11901 Fulton St. E.
Lowell, MI 49331
616-897-3083
Fax: 616-897-3085



Now accepting
**CareCredit**

Complete pair purchase required. Includes Instructive No-Line Bifocals. SunZone and Kids Packages excluded at Sav-Optical. No double, package pricing or other offers. Offer ends 6/4/13.

---

## the Optical Shop at meijer

### $39
### Eye Exams
Schedule your appointment today

Contact lens exam additional. Eye exams performed by Independent state licensed Doctors of Optometry. See optician for details. Offer ends 6/4/13.

### $22.86 per box**
**ACUVUE® OASYS®**
Brand Contact Lenses






ACUVUE® OASYS® with Hydraclear® Plus price is a 1-year supply (8 boxes) at $22.86 per box after $15 manufacturer mail-in rebate. Contact lens purchase requires a valid eye prescription, and any display accessories are separate. Copy of prescription must be presented before dispensing of lenses. See optician for details about ACUVUE® and ACUVUE® OASYS® are trademarks of Johnson and Johnson Vision Care, Inc. Offer ends 6/4/13.
©Johnson & Johnson Vision Care, Inc. 2013