UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

GOLDEN LAW OFFICES, P.C.,

    Plaintiff,

v.

    Case No. 1:16-CV-18

    HON. GORDON J. QUIST

U.S. VISION, INC.

    Defendant.

_____/

## JUDGMENT

It is hereby ordered that judgment is entered in favor of Plaintiff and against Defendant in the amount of $5,131.25.

Dated: July 26, 2016

    /s/ Gordon J. Quist
    GORDON J. QUIST
    UNITED STATES DISTRICT JUDGE